UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:21-cv-0337 KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff asks the court to investigate his claim that he is being denied law library access in retaliation for his many lawsuits against the CDCR by speaking with the law librarian, and that once the court discovers the prison has denied him such access, to issue an order granting plaintiff permanent PLU status for the duration of this action, and that plaintiff be granted another extension of time "to sort this matter out." (ECF No. 8 at 4.)

Plaintiff is advised that the court does not investigate claims for the parties. Moreover, at present, no operative pleading is on file. Indeed, on March 8, 2021, plaintiff was directed to inform the court whether he chose to voluntarily dismiss this action because his allegations constitute negligence and do not rise to the level of a constitutional violation. Such findings tracked plaintiff's own expressed reluctance in bringing this action because his own research

suggested he should pursue a state negligence action because "this case is mere negligence for it was a mechanical error not purposeful excessive force." (ECF No. 1 at 8-9; 17.) The court provided plaintiff with the legal standards governing such claims, and explained in detail why plaintiff could not state a claim under the Fourteenth Amendment based on his allegations. Given this record, the court finds that plaintiff's request is improper and premature.[1]

However, in an abundance of caution, plaintiff is granted an extension of time to respond to the March 8, 2021 order. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to respond to the March 8, 2021 order (ECF No. 6).

Dated:  April 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

perr0337.36

---

[1] Plaintiff may wish to file an administrative appeal as to his law library access and seek assistance from his correctional counselor or litigation coordinator.

2