UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN, | No. 2:21-cv-0337 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Defendants' motion to revoke plaintiff's in forma pauperis status is pending. On January 24, 2022, plaintiff filed a request claiming that three months ago he filed a motion for continuance but received no response. Plaintiff's motion for extension of time was filed on November 24, 2021, and granted on December 7, 2021.[1] He was provided sixty days in which to respond to the motion to revoke plaintiff's in forma pauperis status. (ECF No. 38.) Plaintiff does not explain his delay in writing the court to inquire about his motion.

Plaintiff has had almost four months in which to file his opposition. The court previously provided plaintiff with the standards governing 28 U.S.C. § 1915(g), and what was required to

---

[1] Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

oppose defendants' motion. (ECF No. 35 at 2-4.) Therefore, plaintiff is granted one final thirty-day extension of time to file his opposition.

In addition, plaintiff is advised of the following:

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

No further extensions of time will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 39) is partially granted.

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to revoke plaintiff's in forma pauperis status. No further extensions of time will be granted.

3. The Clerk of the Court is directed to send plaintiff a copy of this court's December 7, 2021 order (ECF No. 38).

Dated: January 26, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/perry0337.36.2