UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRYMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | No. 2:21-cv-0337 KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.[1]

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: February 24, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

perr0337.59

---

[1] In voluntarily dismissing the action, plaintiff essentially chooses not to stand on his amended complaint but to withdraw it, which is his "absolute right." Commercial Space Mgmt. Co. v. Boeing, Co., 193 F.3d 1074, 1077 (9th Cir. 1999) ("It is well settled that under Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997))).

1